UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                  Case No. 11-15086

v.

                                  Hon. John Corbett O'Meara

ALGINA M. JOHNSON,

    Defendant.

_____/

## ORDER DENYING MOTION TO RECONSIDER

      Before the court is Defendant's motion for reconsideration of the court's order granting summary judgment against her. In this case, the government is attempting to collect on a student loan debt. Defendant has not disputed that she received the loan and that the loan is in default. When Defendant did not respond to Plaintiff's properly supported motion for summary judgment, the court granted Plaintiff's motion. Defendant seeks reconsideration because, despite the court's order requiring a response, she did not understand that she needed to file one.

      The court finds no basis to grant reconsideration under L.R. 7.1 or Fed. R. Civ. P. 60(b). Although Defendant suggests that she is unable to pay her debt, this does not constitute a legal defense in this matter. Further, Defendant's pro se status does not excuse a failure to follow a court order or the Federal Rules of Civil Procedure. See Rodriguez v. Elo, 195 F. Supp.2d 934 (E.D. Mich. 2002) ("The law is replete with instances which firmly establish that ignorance of the law, despite a litigant's *pro se* status, is no excuse for failure to follow established legal requirements.").

Therefore, IT IS HEREBY ORDERED that Defendant's motion for reconsideration is DENIED.

                                                        s/John Corbett O'Meara  
                                                       United States District Judge

Date: February 15, 2013

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 15, 2013, using the ECF system and/or ordinary mail.

                                                        s/William Barkholz  
                                                       Case Manager